103 P.3d 387

# SUPREME COURT OF HAWAI'I

Hawaii Management Alliance Ass'n
v. Insurance Com'r ............. 24801      11/18/2004  Denied      106 Hawai'i 21,
                                                                   100 P.3d 952